o 45-1 a

overruled